# United States Bankruptcy Court
## Northern District of Texas

In re: Paladin Energy Corporation  
Debtor(s)

Case No. 16-31590  
Chapter 11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| David J. Plaisance<br>4254 Royal Ridge Drive<br>Dallas, TX 75229 | | 6.4106% | common stock |
| Elwood Holstein, Jr.<br>6616 Rosecroft Pl.<br>Falls Church, VA 22043 | | 1.4682% | common stock |
| George G. Fenton<br>4722 S. Lindhurst Ave.<br>Dallas, TX 75229 | | 82.4996% | common stock |
| Mickey T. Horn<br>4006 Dunkirk<br>Midland, TX 79707 | | 9.6217% | common stock |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: May 5, 2016  
Signature: /s/ George Fenton  
George Fenton

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  
18 U.S.C. §§ 152 and 3571.