**Fill in this information to identify the case:**

Debtor name Paladin Energy Corporation

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known) 16-31590

☐ Check if this is an amended filing

# Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/16**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date: From 1/01/2016 to Filing Date | ■ Operating a business<br>☐ Other | $1,073,996.27 |
| For prior year: From 1/01/2015 to 12/31/2015 | ■ Operating a business<br>☐ Other | $5,273,837.00 |
| For year before that: From 1/01/2014 to 12/31/2014 | ■ Operating a business<br>☐ Other | $11,254,195.00 |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From 1/01/2016 to Filing Date | Interest | $2.70 |
| **For prior year:** From 1/01/2015 to 12/31/2015 | ($160,723 SV27 to Clearwater; $9,675 Gain on sale of inventory; $286 Interest Income, loss of $286,237.00 due to inventory being obsolute | $-115,551.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **For year before that:** From 1/01/2014 to 12/31/2014 | Interest income | $1,810.00 |

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. Please see attached Exhibit "A" | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. George Fenton<br>4722 S. Lindurst Ave.<br>Dallas, TX 75229<br>Sole Director, President, CEO, Treasurer & Secretary | Periodic | $328,404.30 | Salary and Expense Reimbursement |
| 4.2. David Plaisance<br>4254 Royal Ridge Drive<br>Dallas, TX 75229<br>Vice-President & Assistant Secretary | Periodic | $194,354.89 | Salary and Expense Reimbursement |
| 4.3. Michael Horn<br>4006 Dunkirk<br>Midland, TX 79707<br>Operations Manager & Assistant Secretary | Periodic | $212,575.45 | Salary and Expense Reimbursement |
| 4.4. John Orsini<br>152 Timberlink Dr.<br>Grand Island, NY 14072<br>Controller (former officer ending on Jan. 4, 2016) | Periodic | $180,145.60 | Salary |
| 4.5. Bozoil<br>10290 Monroe Dr, Suite 301<br>Dallas, TX 75229<br>100 % owned by George Fenton | | $60,548.66 | Royalty Payments |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.6. | David Plaisance<br>4254 Royal Ridge Dr.<br>Dallas, TX 75229<br>Vice-President & Assistant Secretary | | $16,578.01 | Royalty Payment |
| 4.7. | Michael Horn<br>4006 Dunkirk<br>Midland, TX 79707<br>Operations Manager & Assistant Secretary | | $16,578.01 | Royalty Payments |
| 4.8. | John Orsini<br>152 Timberlink Dr.<br>Grand Island, NY 14072<br>Controller (former officer as of Jan. 4, 2016) | | $3,668.42 | Royalty Payment |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3: Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | (Routine) Tax Audit, New Mexico Taxation and Revenue Department | A routine audit | Oil & Gas Audit Section<br>Attn: Nathanael Webster<br>P.O. Box 5374<br>Santa Fe, NM 87502-5374 | ☐ Pending<br>☐ On appeal<br>■ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4: Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5: Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6: Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Munsch Hardt Kopf & Harr, P.C.<br>3800 Ross Tower<br>500 N. Akard Street<br>Dallas, TX 75201-6659 | | March 21, 2016--$20,000<br>April 12, 2016--$140,000<br>Draw of $12,735.00 on April 21, 2016 | $160,000.00 |

**Email or website address**
www.munsch.com

**Who made the payment, if not debtor?**

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Clearwater SWD, LLC<br>H.C. 60, Artesia Highway,<br>Lovington, NM 88260 | Conveys 100% ownership of the State Commercial Salt Water Disposal Easement, associated wellbore (South Vacuum 27 #4), and equipment to Clearwater SWD, LLC | 9/25/2015 | $1,000,000.00 |

**Relationship to debtor**
Paladin Energy Corp. is a 50% owner of Clearwater SWD, LLC

**Part 7: Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8: Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9: Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| Simple IRA | EIN: 75-2706005 |

Has the plan been terminated?
■ No
☐ Yes

**Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold,

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| Double R. Pipe<br>County Roadway 7<br>Lovington, NM 88260 | Michael Horn, Operations Manager of Paladin, 4006 Dunkirk, Midland, TX 79707<br>Employees of Double R. Pipe | Company warehouse stock, tubulars and misc. oilfield equipment | ☐ No<br>■ Yes |
| T. Bob Amthor<br>1007 Fairgrounds Rd.<br>Midland, TX 79709 | Michael Horn, Operations Manager of Paladin. 4006 Dunkirk, Midland, TX 79707<br>Employees of T. Bob Amthor | Company warehouse stock, tubulars and misc. oilfield equipment | ☐ No<br>■ Yes |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Potential working interest, royalties and taxes (see Schedules) | | | $0.00 |

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☐ No.
■ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| New Mexico Oil Conservation Division | | In 2008, Saltwater was spilled from a buried flowline used to bring saltwater to our disposal facility in the South Vacuum field (South Vacuum SWD Line). We excavated and removed the contaminated soil and installed monitoring wells to the underlying aquifer. We record and report salinities every quarter, with no adverse results to date. The file is still technically open, but there is nothing pending. | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| New Mexico Oil Conservation Division | | In 2005, a complaint was made by an adjacent farmer in the King Field claiming that two of his fresh water irrigation wells were showing signs of elevated chlorides. He implied that a plugged SWD well on Paladin's property was the source of contamination (Alexander Farms - Fleet #4 SWD Well). No action has been taken by either Paladin or the State, as the farmer will not grant access to allow independent sampling at his wells. The file is still technically open, but there is nothing pending. | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13: Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br>Dates business existed |
|---|---|---|---|
| 25.1. | Clearwater SWD, LLC<br>H.C. 60, Artesia Highway<br>Lovington, NM 88260 | Saltwater disposal from oil wells<br>Debtor owns 50% interest | **EIN:** Employer ID# 474769949<br>**From-To** 5/18/2015 - present |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | Bland Garvey, P.C.<br>Attn: Susan Medlock<br>2600 N. Central Express Way, Suite 550<br>Richardson, TX 75080-2007 | March - April 2015 for fiscal year ended 12/31/15 and April 2015 for fiscal year ended 12/31/14 |
| 26a.2. | Weaver and Tidwell, LLP<br>Attn: Jeff Sanders<br>12221 Merit Drive, Suite 1400<br>Dallas, TX 75251 | Prepared tax filings and provided tax advice at various times throughout 2014 through filing date |
| 26a.3. | John J. Orsini<br>152 Timberlink Drive<br>Grand Island, NY 14072 | 7/1/2003-present (internal CPA) |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26b.1. | Bland Garvey, P.C.<br>Attn: Susan Medlock<br>2600 N. Central Expressway, Suite 550<br>Richardson, TX 75080-2007 | March - April 2016 for fiscal year ended 12/31/25 and March - April 2015 for fiscal year ended 12/31/2014 |

| | Name and address | Date of service From-To |
|---|---|---|
| 26b.2. | Weaver and Tidwell, LLP<br>Attn: Jeff Sanders<br>12221 Merit Drive, Suite 1400<br>Dallas, TX 75251 | Various times throughout 2014 through filing date. |

| | Name and address | Date of service From-To |
|---|---|---|
| 26b.3. | John Orsini<br>152 Timberlink Drive<br>Grand Island, NY 14072 | Current Controller |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | Bland Garvey, P.C.<br>Attn: Susan Medlock<br>2600 N. Central Expressway, Suite 550<br>Richardson, TX 75080-2007 | |
| 26c.2. | Weaver and Tidwell, LLP<br>Attn: Jeff Sanders<br>12221 Merit Drive, Suite 1400<br>Dallas, TX 75251 | |
| 26c.3. | Employees of Paladin Energy Corp | |
| 26c.4. | John J. Orsini, Controller<br>152 Timberlink Drive<br>Grand Island, NY 14072 | |
| 26c.5. | Oil and Gas Business Solutions<br>4848 Greenville Ave, Suite 1250<br>Dallas, TX 75206 | Outside accounting system provider |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| | Name and address |
|---|---|
| 26d.1. | MUFG Union Bank, N.A.<br>500 N. Akard St., Suite 4200<br>Dallas, TX 75201 |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| George G. Fenton | 4722 S. Lindhurst Ave.<br>Dallas, TX 75229 | Sole Director, President, CEO, Treasurer & Secretary | 82.4996 |
| Michael T. Horn | 4006 Dunkirk<br>Midland, TX 79707 | Operations Manager & Assistant Secretary | 9.6217 |
| David Plaisance | 4254 Royal Ridge Drive<br>Dallas, TX 75229 | Vice-President & Assistant Secretary | 6.4106 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Paladin Energy Corporation Case number *(if known)* 16-31590

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Elwood Holstein, Jr. | 4616 Rosecroft Pl.<br>Falls Church, VA 22043 | | 1.4682 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| John J. Orsini | 152 Timberlink Drive<br>Grand Island, NY 14072 | Assistant Treasurer | 7/1/2003 - 1/4/2016 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | George Fenton<br>4722 S. Lindhurst Ave<br>Dallas, TX 75229<br>**Relationship to debtor**<br>Sole Director, President, CEO, Treasurer & Secretary | Salary, $328,404.30 | | Salary for services rendered and expense reimbursement |
| 30.2. | David J. Plaisance<br>4254 Royal Ridge Drive<br>Dallas, TX 75229<br>**Relationship to debtor**<br>Vice-Presudebt & Assistant Secretary | Salary: $194,354.89 | | Salary for services rendered and expense reimbursement |
| 30.3. | Michael T. Horn<br>4006 Dunkirk<br>Midland, TX 79707<br>**Relationship to debtor**<br>Operations Manager & Assistant Secretary | Salary: $212,575.45 | | Salary for services rendered and expense reimbursement |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.4. | Bozoil<br>10290 Monroe Drive, Suite 301<br>Dallas, TX 75229 | $60,548.66 | | Royalties |
| | **Relationship to debtor**<br>100% owned by George Fenton | | | |
| 30.5. | John Orsini<br>152 Timberlink Dr.<br>Grand Island, NY 14072 | $180,145.60 | | Salary for services rendered and expense reimbursement |
| | **Relationship to debtor**<br>Controller | | | |
| 30.6. | David Plaisance<br>4254 Royal Ridge Drive<br>Dallas, TX 75229 | $16,578.01 | | Royalties |
| | **Relationship to debtor**<br>Vice-President & Assistant Secretary | | | |
| 30.7. | Michael Horn<br>4006 Dunkirk<br>Midland, TX 79707 | $16,578.01 | | Royalties |
| | **Relationship to debtor**<br>Operations Manager & Assistant Secretary | | | |
| 30.8. | John Orsini<br>152 Timberlink Dr.<br>Grand Island, NY 14072 | $3,668.42 | | Royalties |
| | **Relationship to debtor**<br>Controller | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ■ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ■ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Paladin Energy Corporation Case number *(if known)* 16-31590

**Part 14: Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 20, 2016

/s/ George Fenton
Signature of individual signing on behalf of the debtor

George Fenton
Printed name

Position or relationship to debtor President

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**EXHIBIT "A"**

**(SOFA Question 3.1)**

**TRANSFERS TO CREDITORS DURING THE 90 DAY PERIOD PRECEDING THE CHAPTER 11 FILING**

| TYPE | DATE | CHECK # | NAME | ACCOUNT | TYPE OF CREDITOR | DEBIT |
|---|---|---|---|---|---|---|
| CHECKS | 04/19/16 | 33274 | BLAND GARVEY | AP | AUDIT FEES | 25,000.00 |
| | | | | | | 25,000.00 |
| CHECKS | 01/29/16 | 33002 | BLUE CROSS BLUE SHEILD | AP | INSURANCE | 4,827.78 |
| CHECKS | 02/29/16 | 33126 | BLUE CROSS BLUE SHIELD | AP | INSURANCE | 4,827.78 |
| CHECK | 03/29/16 | 33211 | BLUE CROSS BLUE SHIELD | AP | INSURANCE | 4,855.49 |
| | | | | | | 14,511.05 |
| CHECKS | 02/01/16 | 33020 | CATALYST OILFIELD | AP | VENDOR | 4,059.02 |
| CHECKS | 02/17/16 | 33048 | CATALYST OILFIELD | AP | VENDOR | 3,808.55 |
| CHECKS | 02/22/16 | 33103 | CATALYST OILFIELD | AP | VENDOR | 4,009.01 |
| CHECKS | 04/20/16 | 33255 | CATALYST OILFIELD | AP | VENDOR | 2,584.31 |
| | | | | | | 14,460.89 |
| CHECKS | 01/21/16 | 32977 | CHEM-TREAT | AP | VENDOR | 15,355.66 |
| CHECKS | 02/22/16 | 33102 | CHEM-TREAT | AP | VENDOR | 16,560.14 |
| CHECKS | 04/20/16 | 33254 | CHEM-TREAT | AP | VENDOR | 16,940.22 |
| | | | | | | 48,856.02 |
| MISC DEBIT | 02/16/16 | ACCT. DEBIT | FIDELITY | MISC DEBIT | SIMPLE IRA CONTRIBUTIONS | 6,458.51 |
| MISC DEBIT | 03/14/16 | ACCT. DEBIT | FIDELITY | MISC DEBIT | SIMPLE IRA CONTRIBUTIONS | 6,457.19 |
| MISC DEBIT | 04/14/16 | ACCT. DEBIT | FIDELITY | MISC DEBIT | SIMPLE IRA CONTRIBUTIONS | 6,465.79 |
| | | | | | | 19,381.49 |
| CHECKS | 04/20/16 | 33261 | GE OIL & GAS ESP | AP | VENDOR | 8,967.50 |
| CHECKS | 01/21/16 | 32979 | GE OIL & GAS ESP | AP | VENDOR | 58,692.27 |
| CHECKS | 02/17/16 | 33047 | GE OIL & GAS ESP | AP | VENDOR | 8,967.50 |
| CHECK | 03/07/16 | 33170 | GE OIL & GAS ESP | AP | VENDOR | 878.18 |
| | | | | | | 77,505.45 |
| CHECKS | 01/21/16 | 32981 | HAARMEYER ELECTRIC | AP | VENDOR | 1,588.86 |
| CHECKS | 02/01/16 | 33023 | HAARMEYER ELECTRIC | AP | VENDOR | 892.75 |
| CHECKS | 02/08/16 | 33042 | HAARMEYER ELECTRIC | AP | VENDOR | 716.70 |
| CHECKS | 02/22/16 | 33109 | HAARMEYER ELECTRIC | AP | VENDOR | 4,194.39 |
| CHECKS | 02/22/16 | 33121 | HAARMEYER ELECTRIC | AP | VENDOR | 248.03 |
| CHECKS | 02/29/16 | 33128 | HAARMEYER ELECTRIC | AP | VENDOR | 530.90 |
| CHECK | 03/07/16 | 33171 | HAARMEYER ELECTRIC | AP | VENDOR | 2,948.06 |
| CHECK | 03/10/16 | 33191 | HAARMEYER ELECTRIC | AP | VENDOR | 6,215.71 |
| CHECKS | 04/20/16 | 33264 | HAARMEYER ELECTRIC | AP | VENDOR | 5,114.53 |
| | | | | | | 22,449.93 |
| MISC DEBIT | 03/14/16 | ACCT. DEBIT | IRS | MISC DEBIT | PAYROLL TAXES | 35,416.91 |
| MISC DEBIT | 04/14/16 | ACCT. DEBIT | IRS | MISC DEBIT | PAYROLL TAXES | 36,785.02 |
| MISC DEBIT | 02/16/16 | ACCT. DEBIT | IRS | MISC DEBIT | PAYROLL TAXES | 35,436.95 |
| | | | | | | 107,638.88 |

| TYPE | DATE | CHECK # | NAME | ACCOUNT | TYPE OF CREDITOR | DEBIT |
|---|---|---|---|---|---|---|
| CHECKS | 02/08/16 | 33043 | JOE'S PUMP & ENG. | AP | VENDOR | 3,009.52 |
| CHECKS | 02/17/16 | 33052 | JOE'S PUMP & ENG. | AP | VENDOR | 1,786.19 |
| CHECKS | 02/29/16 | 33129 | JOE'S PUMP & ENG. | AP | VENDOR | 723.78 |
| CHECKS | 04/20/16 | 33265 | JOE'S PUMP & ENG. | AP | VENDOR | 3,156.31 |
| | | | | | | 8,675.80 |
| CHECKS | 02/22/16 | 33110 | JOE'S ROUSTABOUT | AP | VENDOR | 17,073.44 |
| | | | | | | 17,073.44 |
| CHECKS | 02/29/16 | 33130 | LEA COUNTY ELECTRIC | AP | UTILITIES | 88,425.79 |
| CHECK | 03/24/16 | 33207 | LEA COUNTY ELECTRIC | AP | UTILITIES | 98,879.70 |
| CHECKS | 01/25/16 | 32995 | LEA COUNY ELECTRIC | AP | UTILITIES | 87,859.00 |
| | | | | | | 275,164.49 |
| CHECKS | 01/21/16 | 32983 | LIBERTY MAINTENANCE | AP | VENDOR | 761.13 |
| CHECKS | 02/01/16 | 33024 | LIBERTY MAINTENANCE | AP | VENDOR | 421.61 |
| CHECKS | 02/08/16 | 33034 | LIBERTY MAINTENANCE | AP | VENDOR | 895.92 |
| CHECKS | 02/08/16 | 33044 | LIBERTY MAINTENANCE | AP | VENDOR | 889.73 |
| CHECKS | 02/22/16 | 33112 | LIBERTY MAINTENANCE | AP | VENDOR | 2,274.42 |
| CHECKS | 02/29/16 | 33131 | LIBERTY MAINTENANCE | AP | VENDOR | 3,530.73 |
| CHECK | 03/10/16 | 33193 | LIBERTY MAINTENANCE | AP | VENDOR | 914.41 |
| CHECKS | 04/20/16 | 33266 | LIBERTY MAINTENANCE | AP | VENDOR | 3,290.87 |
| | | | | | | 12,978.82 |
| CHECKS | 02/17/16 | 33059 | LRP, INC. | AP | VENDOR | 5,484.12 |
| CHECK | 03/24/16 | 33208 | LRP, INC. | AP | VENDOR | 5,484.12 |
| CHECKS | 04/20/16 | 33277 | LRP, INC. | AP | VENDOR | 5,484.12 |
| | | | | | | 16,452.36 |
| MISC DEBIT | 04/12/16 | WIRE TRSF | MHKH - ADD'L RETAINER (TOTAL $160,000.00) | MISC DEBIT | LEGAL FEES | 140,000.00 |
| MISC DEBIT | 03/21/16 | WIRE TRSF | MHKH - RETAINER | MISC DEBIT | LEGAL FEES | 20,000.00 |
| | | | | | | 160,000.00 |
| CHECKS | 01/25/16 | 32986 | NM TAXATION & REVENUE | AP | OWNER NM WITHHOLDING TAXES | 3,689.00 |
| CHECKS | 02/17/16 | 33060 | NM TAXATION & REVENUE | AP | PRODUCTION TAXES | 4,671.05 |
| CHECK | 03/21/16 | 33201 | NM TAXATION & REVENUE | AP | REGULATORY FEES | 64.60 |
| CHECK | 03/21/16 | 33203 | NM TAXATION & REVENUE | AP | PRODUCTION TAXES | 3,485.56 |
| CHECKS | 04/13/16 | 33247 | NM TAXATION & REVENUE | MISC DEBIT | OWNER NM WITHHOLDING TAXES | 2,347.00 |
| CHECKS | 04/20/16 | 33269 | NM TAXATION & REVENUE | AP | PRODUCTION TAXES | 3,667.29 |
| | | | | | | 17,924.50 |
| CHECKS | 02/22/16 | 33115 | PARADIGM | AP | OUTSIDE OPERATOR | 5,011.61 |
| CHECK | 03/24/16 | 33204 | PARADIGM | AP | OUTSIDE OPERATOR | 16,603.67 |
| CHECKS | 04/20/16 | 33250 | PARADIGM | AP | OUTSIDE OPERATOR | 7,889.62 |
| | | | | | | 29,504.90 |
| CHECKS | 02/01/16 | 33026 | RICHARDS ENERGY | AP | VENDOR | 1,409.93 |
| CHECKS | 02/08/16 | 33036 | RICHARDS ENERGY | AP | VENDOR | 2,819.86 |

| TYPE | DATE | CHECK # | NAME | ACCOUNT | TYPE OF CREDITOR | DEBIT |
|---|---|---|---|---|---|---|
| CHECKS | 02/29/16 | 33135 | RICHARDS ENERGY | AP | VENDOR | 1,409.93 |
| CHECK | 03/07/16 | 33175 | RICHARDS ENERGY | AP | VENDOR | 2,819.86 |
| CHECKS | 04/20/16 | 33271 | RICHARDS ENERGY | AP | VENDOR | 1,409.93 |
| | | | | | | 9,869.51 |
| CHECKS | 02/08/16 | 33035 | STATE OF NEW MEXICO | AP | DELAY RENTAL | 2,000.00 |
| CHECKS | 02/11/16 | 33046 | STATE OF NEW MEXICO | AP | REGULATORY FEES | 340.17 |
| CHECKS | 02/14/16 | 33055 | STATE OF NEW MEXICO | AP | ADVALOREM TAX | 19,248.90 |
| CHECK | 03/07/16 | 33172 | STATE OF NEW MEXICO | AP | REGULATORY FEES | 80.00 |
| CHECKS | 04/04/16 | 33220 | STATE OF NEW MEXICO | AP | REGULATORY FEES | 20.00 |
| | | | | | | 21,689.07 |
| CHECKS | 01/27/16 | 32992 | TOMAHAWK PUMPING | AP | VENDOR | 369.25 |
| CHECKS | 01/27/16 | 32993 | TOMAHAWK PUMPING | AP | VENDOR | 7,722.60 |
| CHECKS | 02/24/16 | 33124 | TOMAHAWK PUMPING | AP | VENDOR | 8,091.85 |
| CHECK | 03/24/16 | 33209 | TOMAHAWK PUMPING | AP | VENDOR | 7,907.23 |
| CHECKS | 04/20/16 | 33273 | TOMAHAWK PUMPING | AP | VENDOR | 7,907.23 |
| | | | | | | 31,998.16 |
| MISC DEBIT | 02/22/16 | A/C TRSF. | TRSF TO REV A/C | MISC DEBIT | OWNER REVENUE PAYMENTS | 139,059.31 |
| MISC DEBIT | 03/18/16 | A/C TRSF. | TRSF TO REV A/C | MISC DEBIT | OWNER REVENUE PAYMENTS | 69,098.91 |
| MISC DEBIT | 04/06/16 | A/C TRSF. | TRSF TO REV A/C | MISC DEBIT | OWNER REVENUE PAYMENTS | 29,414.07 |
| MISC DEBIT | 02/29/16 | A/C TRSF. | TRSF TO REV. A/C | MISC DEBIT | OWNER REVENUE PAYMENTS | 41,945.83 |
| MISC DEBIT | 03/30/16 | A/C TRSF. | TRSF TO REV. A/C | MISC DEBIT | OWNER REVENUE PAYMENTS | 4,555.17 |
| | | | | | | 284,073.29 |
| MISC DEBIT | 01/25/16 | WIRE TRSF | UBOC - INTEREST ON $16 MILLION | MISC DEBIT | BANK | 107,659.11 |
| MISC DEBIT | 02/25/16 | WIRE TRSF | UBOC - LEGAL FEES | MISC DEBIT | LEGAL FEES | 5,539.12 |
| MISC DEBIT | 01/25/16 | WIRE TRSF | UBOC - PRIN. ON $16 MILLION LOAN | MISC DEBIT | BANK | 100,000.00 |
| MISC DEBIT | 02/25/16 | WIRE TRSF | UBOC - PRIN. ON $6.9 MILLION LOAN | MISC DEBIT | PRIN. & INTEREST | 100,000.00 |
| MISC DEBIT | 02/25/16 | WIRE TRSF | UBOC INTEREST ON $6.9 MILLION LOAN | MISC DEBIT | PRIN. & INTEREST | 59,524.81 |
| | | | | | | 372,723.04 |
| CHECKS | 04/11/16 | 33246 | WEAVER AND TIDWELL | AP | TAXATION SERVICES | 11,726.25 |
| | | | | | | 11,726.25 |
| CHECKS | 02/08/16 | 33038 | XCEL ENERGY | AP | UTILITIES | 9,581.48 |
| CHECKS | 02/08/16 | 33039 | XCEL ENERGY | AP | UTILITIES | 82.60 |
| CHECK | 03/07/16 | 33179 | XCEL ENERGY | AP | UTILITIES | 12,122.80 |
| CHECK | 03/07/16 | 33180 | XCEL ENERGY | AP | UTILITIES | 83.05 |
| CHECKS | 04/07/16 | 33240 | XCEL ENERGY | AP | UTILITIES | 12,397.74 |
| CHECKS | 04/07/16 | 33241 | XCEL ENERGY | AP | UTILITIES | 83.09 |
| | | | | | | 34,350.76 |
| CHECKS | 01/21/16 | 32985 | YOAKUM COUNTY | AP | ADVALOREM | 7,197.79 |
| | | | | | | 7,197.79 |